IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 8:06-02416 HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER SETTING ASIDE SALE |
| Dolly Gene Miller and Martha | ) | |
| P. Miller; Household Financial | ) | |
| Corp., | ) | |
| | ) | |
| Defendants. | | |

This is an action by the United States of America for the foreclosure of a Real Estate Mortgage, and other relief pertaining to property located in Pickens County, South Carolina, which Mortgage was executed by Dolly Gene Miller and Martha P. Miller, to the United States of America, acting through the Farmers Home Administration, n/k/a Rural Development, United States Department of Agriculture.

The Court is now informed by Plaintiff's counsel that the purchaser of said property did not comply with the terms of his bid, and therefore this sale was not completed. It is, therefore,

ORDERED that the sale of the property, which is the subject of the instant foreclosure action, is hereby declared null and void and is set aside. The entire earnest money deposit shall be forfeited to Rural Development as set out in the Decree of Foreclosure and Sale and Notice of Sale. The U.S. Marshal is directed to issue a check made payable to Rural Development in the amount of Three Thousand One Hundred Fifty and no/100 ($3,150.00) Dollars.

IT IS FURTHER ORDERED that the Decree of Foreclosure and Sale filed February 5, 2008, remains in full force and effect, that a

new Notice of Sale shall be prepared and published as set forth in said Decree, and that another sale shall be held, in accordance with the provisions of the Decree of Foreclosure and Sale.

    AND IT IS SO ORDERED.

    <u>S/Henry F. Floyd</u>
    UNITED STATES DISTRICT JUDGE

Greenville, South Carolina

July    29    , 2008