IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>CANCELLATION OF LIS PENDENS</u> |
| | ) | |
| Plaintiff, | ) | C/A No. 8:06-cv-02416 HFF |
| | ) | |
| vs. | ) | |
| | ) | |
| Dolly Gene Miller and Martha P. Miller; Household Financial Corp., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

      The United States of America does hereby acknowledge that the United States of America, acting through Rural Development, U. S. Department of Agriculture, was the successful bidder at the sale of the property subject to the above-entitled action, and the Clerk of Court of Common Pleas for Pickens County, South Carolina is hereby authorized and directed to cancel the Lis Pendens which was filed and recorded in that office on September 6, 2006 in Lis Pendens Book 2006LP-39, at Page 409.

                                    <u>S/Henry F. Floyd</u>
                                    UNITED STATES DISTRICT JUDGE

Spartanburg, South Carolina

November 7, 2008